UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
UNITED STATES OF AMERICA,

        Plaintiff,

   against                   ORDER ADOPTING REPORT AND RECOMMENDATION
                                        06-CV-514(JS)(ARL)

BRUCE LEE, JR.,

        Defendant.
----------------------------------X
APPEARANCES:

For Plaintiff:        Michael T. Sucher, Esq.
                         26 Court Street, Suite 2412
                         Brooklyn, New York 11242

For Defendant:        No appearance

SEYBERT, District Judge:

        On July 13, 2006, the Court referred this matter to Magistrate Judge Arlene R. Lindsay to report and recommend on whether a default judgment should enter against Defendant, in what amount, and the amount of Plaintiff's attorney's fees. On October 17, 2006, the Magistrate filed a Report and Recommendation.

        Upon review of the Report and Recommendation, to which no party has objected, the Court ADOPTS the Report and Recommendation in its entirety. As no party has objected to the Report and Recommendation, all objections are deemed waived. See 28 U.S.C. § 636(b)(1); Fed R. Civ. P. 72; Beverly v. Walker, 118 F.3d 900, 902 (2d Cir. 1997); Savoie v. Merchants Bank, 84 F.3d 52, 60 (2d Cir. 1996).

                                              SO ORDERED.

                                             /s/ JOANNA SEYBERT
                                             Joanna Seybert, U.S.D.J.

Dated:    Central Islip, New York
           December 5, 2006

**(COUNSEL IS DIRECTED TO IMMEDIATELY NOTIFY ALL PARTIES OF THIS ORDER)**